IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| GARY M., | : | Case No. 1:23-cv-665 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Kimberly A. Jolson |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 16)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Kimberly A. Jolson (Doc. 16), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety and **ORDERS** the following:

1. The parties' Joint Stipulation for an Award of Attorney's Fees (Doc. 15) is **GRANTED**;

2. The Commissioner shall pay Plaintiff's attorney fees in the amount of $800.00 under the Equal Access to Justice Act ("EAJA");

3. The Judgment Fund administered by the United States Treasury shall reimburse Plaintiff for the filing fee of $402.00;

4. Counsel for the parties shall verify whether Plaintiff owes a preexisting debt to

the United States subject to offset, consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

5. The case shall remain terminated on the docket of this Court.

**IT IS SO ORDERED.**

                                            UNITED STATES DISTRICT COURT
                                            SOUTHERN DISTRICT OF OHIO

By: _____
                                       JUDGE MATTHEW W. McFARLAND